UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> PLAINTIFF <br><br> v. <br><br> DARREN PENNELL, <br><br> DEFENDANT | CIVIL ACTION NO.: <br> 2:25-cv-00207-JAW |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The parties are scheduled to participate in mediation on September 12, 2025 at Portland Superior Court.

Dated this August 28, 2025.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Darren Pennell<br>
9 Laura Drive<br>
Windham, ME 04062

Dated at Portland, Maine, this August 28, 2025.

/s/ *Kevin J. Crosman*

_____

Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff