**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>DARREN PENNELL,<br><br>DEFENDANT | **CIVIL ACTION NO.: 2:25-cv-00207-JAW** |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The parties are exploring possible settlement options through a short sale.
2. An additional mediation session will be scheduled on or after May 1, 2026, to allow Plaintiff to consider a counter-offer. The parties will continue to communicate in an effort to resolve the matter.

Dated this March 17, 2026.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

Dated at Portland, Maine, this March 17, 2026.

/s/ *Kevin J. Crosman*

Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff